IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RICARDO ANTONIO PADILLA,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>LARRY BENZON,<br><br>　　　　　　　Respondent. | **MEMORANDUM DECISION &<br>ORDER DENYING CERTIFICATE<br>OF APPEALABILITY**<br><br>Case No. 2:19-CV-210 TS<br><br>District Judge Ted Stewart |

Having dismissed the petition here, the Court considers whether to issue a certificate of appealability (COA). *See* R.11, Rs. Governing § 2254 Cases in the United States District Courts ("The district court must issue or deny a [COA] when it enters a final order adverse to the applicant."). When a habeas petition is denied on procedural grounds, as this one was, a petitioner is entitled to a COA only if he shows that "jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (citing 28 U.S.C.S. § 2253 (2021)). Petitioner has not made this showing.

**IT IS THEREFORE ORDERED** that a COA is **DENIED**.

DATED this 30th day of August, 2021.

BY THE COURT:

_____
JUDGE TED STEWART
United States District Court